# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORDWAY,<br><br>                    Plaintiff,<br>    vs.<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. 06cv486-L (WMc)<br><br>ORDER |

At the request of counsel, the Case Management/Settlement Conference currently scheduled for **October 26, 2006, is rescheduled to November 1, 2006, at 2:30 p.m.** Counsel and their clients with full settlement authority are required to attend. **Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**.

IT IS SO ORDERED.

DATED: October 19, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

1  cc: HONORABLE JAMES LORENZ
    UNITED STATES DISTRICT JUDGE

2
    ALL COUNSEL AND PARTIES OF RECORD

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28