1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         SOUTHERN DISTRICT OF CALIFORNIA
10
11   DAVID ORDWAY,                        )   Civil No. 06-CV-486-L(WMc)
                                          )
12              Plaintiff,                )   **ORDER GRANTING JOINT**
                                          )   **MOTION FOR DISMISSAL OF**
13   v.                                   )   **CASE WITH PREJUDICE** [doc. #53]
                                          )
14   METROPOLITAN LIFE INSURANCE          )
     COMPANY,                             )
15                                        )
                Defendant.                )
16   _____  )

17       Good cause appearing, **IT IS ORDERED** granting the parties' joint motion for dismissal

18   of case with prejudice and with each party bearing his or its own costs. **IT IS FURTHER**

19   **ORDERED** that the Clerk of the Court close this case.

20       **IT IS SO ORDERED.**

21   DATED: February 4, 2008

22                                            _____
                                              M. James Lorenz
23                                            United States District Court Judge

24

25   COPY TO:

26   HON. WILLIAM McCURINE, JR.
     UNITED STATES MAGISTRATE JUDGE
27

28   ALL PARTIES/COUNSEL